BENTON J. CAMPBELL
UNITED STATES ATTORNEY

WILLIAM YOUNG (WY9160)
Special Assistant U.S. Attorney
271 Cadman Plaza East, 7th Floor
Brooklyn, NY 11201
Telephone:    (718) 254-6057

ARLENE M. EMBREY (AE9718)
Trial Attorney
U.S. Small Business Administration
409 Third Street, S.W., Seventh Floor
Washington, D.C. 20416
Telephone:    (202) 205-6976
Facsimile:    (202) 481-0324



## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION AS RECEIVER FOR COQUI CAPITAL PARTNERS, L.P.<br><br>    Plaintiff,<br><br>    v.<br><br>COQUI CAPITAL MANAGEMENT, LLC et. al<br><br>    Defendants. | Civil Action No. 08-0978<br>Judge Swain<br><br>Related Case No. 06-1564 |

### ORDER APPROVING MOTION TO ENTER APPEARANCE
### PRO HAC VICE PURSUANT TO LOCAL RULE 1.3(C).

Having considered the Motion of William B. Young, Esq. praying that Ms. Arlene M.

Embrey, Esq., appear in this action *pro hac vice* on behalf of Plaintiff, the United States Small

Business Administration as Receiver for Coqui Capital Partners, LP, in the referenced action; the

Court finding that the Motion is meritorious; and the Court being otherwise advised in the premises:

It is ORDERED that the Motion of William B. Young on behalf of Arlene M. Embrey to appear in this action on behalf of Plaintiff pro hac vice is hereby GRANTED.

Dated this __8__ day of __February__, 2008, at New York, New York.

                                                THE HONORABLE LAURA SWAIN
                                                UNITED STATES DISTRICT COURT JUDGE