IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION AS RECEIVER FOR COQUI CAPITAL PARTNERS, L.P.<br><br>                            Plaintiff,<br><br>                  v.<br><br>COQUI CAPITAL MANAGEMENT, LLC, et al.,<br><br>                           Defendants. | Civil Action No. 08-0978<br>Judge Swain<br><br>Related Case No. 06-1564<br><br>**NOTICE OF APPEARANCE**<br>**ECF Case** |

To the Clerk of this Court and all parties of record:

    **PLEASE TAKE NOTICE** that Pryor Cashman LLP hereby enters its appearance as counsel in this case for the defendants listed in Exhibit A to this Notice, and requests that copies of all notices and other papers in this case be sent to: Robert W. Ray, Esq., at Pryor Cashman LLP, 410 Park Avenue, New York, New York 10022.

    E-mail address:  rray@pryorcashman.com
    The undersigned counsel certifies that he is admitted to practice in this Court.

Dated: New York, New York
        February 26, 2008

                                          PRYOR CASHMAN LLP

                                          By: /s/ Robert W. Ray
                                                Robert W. Ray

                                          410 Park Avenue
                                          New York, New York 10022
                                          (212) 421-4100
                                          *Attorneys for Defendants*

To:    U.S. SMALL BUSINESS ADMINISTRATION
          Arlene M. Embrey, Esq.
          Office of General Counsel
          409 Third Street, S.W., 7th Fl.
          Washington, DC 20416

U.S. DEPARTMENT OF JUSTICE
William B. Young, Esq.
United States Attorney's Office
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201
*Counsel for U.S. Small Business Administration,*
*Receiver for Coqui Capital Partners, L.P.*

## EXHIBIT A

| | |
|---|---|
| Coqui Capital Management, LLC | Joel Siegel |
| Isaac Kier | Baron Silverstein |
| Jeffrey Davidson | Neil Silverstein |
| Jeffrey Koffman | Sunbelt Beverage Company, LLC |
| Allison Koffman | Tech Aerofoam, Inc. |
| Martin Bandier | The Stella and Albert Schwartz 1994 |
| Louis Buck | Grandchildren's Trust |
| Chazen Capital Partners | Kenneth Tuchman |
| Lawrence Coben | Vestal Venture Capital |
| Arthur Davidson | Jeffrey Wilkes |
| Donna Davidson | Kevin Wolf |
| Rick Davidson | |
| Michael Delikat | |
| S. Mark Erenstein | |
| Roger Gladstone | |
| Gabriel Golan | |
| Richard Goldberg | |
| Lynda Goldschein | |
| Michael Hard | |
| Irm Associates | |
| Ellen Sue Kier | |
| Efraim Kier | |
| Sara Kier | |
| Ralph Kier | |
| David Koffman | |
| Burton Koffman | |
| Ruthanne Koffman | |
| Ron Kramer | |
| Michael Kubin | |
| David Layton | |
| LK2ST. Limited | |
| Albert Lyons | |
| Marlin Equities, LLC | |
| Sylvia Maslow | |
| Eric Osserman | |
| Plafsky Family Trust | |
| Frederick Poses | |
| Schuyler Associates, LP | |
| Albert Schwartz | |