Frost Brown Todd LLC  3/14/2008  3:07:06 PM   PAGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 7 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION AS RECEIVER FOR COQUI CAPITAL PARTNERS, L.P., <br><br> Plaintiff, <br><br> v. <br><br> COQUI CAPITAL MANAGEMENT, LLC, a New York limited liability company; ISAAC KIER, an individual; JEFFREY DAVIDSON, an individual; JEFFREY KOFFMAN, an individual; ALLISON KOFFMAN, an individual; MARTIN BANDIER, an individual; LOUIS BUCK, an individual; CHAZEN CAPITAL PARTNERS, a Delaware limited partnership; CLUB SIDE HOLDINGS, a Bahamian corporation; LAWRENCE COBEN, an individual; ARTHUR DAVIDSON, an individual; DONNA DAVIDSON, an individual; RICK DAVIDSON, an individual; MICHAEL DELIKAT, an individual; S. MARK ERENSTEIN, an individual; ROGER GLADSTONE, an individual; GABRIEL GOLAN, an individual; RICHARD GOLDBERG, an individual; LYNDA GOLDSCHEIN, an individual; MICHAEL GRISANTI, an individual; MICHAEL HARD, an individual; IRM ASSOCIATES, a New Jersey limited partnership; ELLEN SUE KIER, an individual; EFRAIM KIER, an individual; SARA KIER, an individual; RALPH KIER, an individual; DAVID KOFFMAN, an individual; BURTON KOFFMAN, an individual; RUTHANNE KOFFMAN, an individual; RON KRAMER, an individual; | Civil Action No. 08-cv-0978 <br><br> Related Case No. 06-1564 <br><br> Judge Swain |

Frost Brown Todd LLC 3/14/2008 3:07:06 PM   PAGE   4/005   Fax Server

| | |
|---|---|
| MICHAEL KUBIN, an individual; | ) |
| DAVID LAYTON, an individual; | ) |
| LK2ST. LIMITED, | ) |
| a Utah limited liability partnership; | ) |
| ALBERT LYONS, an individual; | ) |
| MARLIN EQUITIES, LLC, | ) |
| a Delaware limited liability company; | ) |
| SYLVIA MASLOW, an individual | ) |
| ERIC OSSERMAN, an individual; | ) |
| HOWARD PEARL, an individual; | ) |
| PLAFSKY FAMILY TRUST; | ) |
| FREDERICK POSES, an individual; | ) |
| SCHUYLER ASSOCIATES, LP, | ) |
| A New York limited partnership; | ) |
| ALBERT SCHWARTZ, an individual; | ) |
| JOEL SIEGEL, an individual; | ) |
| SILVER LINING CORP., | ) |
| a Bahamian corporation; | ) |
| BARON SILVERSTEIN, an individual; | ) |
| NEIL SILVERSTEIN, an individual; | ) |
| SUNBELT BEVERAGE COMPANY, LLC | ) |
| a Delaware limited liability company; | ) |
| TECH AEROFOAM, INC., | ) |
| a New York corporation; | ) |
| THE STELLA AND ALBERT SCHWARTZ | ) |
| 1994 GRANDCHILDREN'S TRUST; | ) |
| KENNETH TUCHMAN, an individual; | ) |
| VESTAL VENTURE CAPITAL, | ) |
| a New York corporation; | ) |
| JEFFREY WILKES, an individual; and | ) |
| KEVIN WOLF, an individual | ) |
| | ) |
| Defendants. | ) |

### STIPULATION WAIVING SERVICE OF AND EXTENDING TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for the parties hereto, as follows:

1. Defendant Michael Grisanti hereby agrees to waive service of the Summons and Complaint filed by Plaintiff in the above-caption action and authorize counsel to accept service on his behalf.

Received  Mar-14-2008  14:59   From-Frost Brown Todd LLC   To-GWMF&W. PC   Page 004

Frost Brown Todd LLC 3/14/2008 3:07:06 PM   PAGE   3/005   Fax Server

2. Plaintiff agrees that Defendant Grisanti has up to and including April 14, 2008 to answer, move or otherwise respond to the Complaint.

3. This Stipulation may be signed in counter-parts, and fax copies and photocopies of this Stipulation shall have the same force and effect as a signed original.

Dated: March 13, 2008

_____
Steven Weinberg, Esq.
Gottesman, Wolgel, Malamy,
Flynn & Weinberg, P.C.
11 Hanover Square, 4th Floor
New York, New York 10005
Tele: 212-495-0100
Fax: 212-480-9797

_____
By: DAVID WATSON
Frost Brown Todd
400 West Market Street, 32nd Floor
Louisville, K.Y. 40202-3363
Tele: 502-589-5400
Fax: 502-581-1087

SO ORDERED:

_____  3/27/08
THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT COURT JUDGE