IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION AS RECEIVER FOR COQUI CAPITAL PARTNERS, L.P., | Civil Action No. 08-cv-0978 |
| | Related Case No. 06-1564 |
| Plaintiff, | Judge Laura T. Swain |
| v. | ECF Case |
| COQUI CAPITAL MANAGEMENT, LLC, a New York limited liability company; et al, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

Richard B. Demas, declares, certifies, and states under the penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.  I am over eighteen years of age; I am not a party to the above captioned action, and reside in Richmond County in the State of New York.

2.  On March 21, 2008, I served a copy of the Amended Complaint upon:

> Pryor Cashman, LLP
> 410 Park Avenue
> Attorneys for those persons and entities listed on Exhibit A
> New York, N.Y. 10022
> Attn: Donald Zakarin, Esq.
>
> Frost Brown Todd
> Attorneys for defendant Michael Grisanti
> 400 West Market Street, 32nd Floor
> Louisville, K.Y. 40202-3363
> Attn: Dave Watson, Esq.

by dispatching and depositing a true and complete copy of the aforesaid papers enclosed in a properly addressed priority overnight delivery wrapper, addressed to the

above named attorneys at said address which was designated for that purpose (or if none was designated, at the attorney's last known address) into the custody of Federal Express for overnight delivery, prior to the latest time designated by Federal Express for overnight delivery.

Dated: New York, New York
       March 28, 2008

> By: _____s/ Richard B. Demas_____
> Richard B. Demas, Esq. (RD9118)
> Gottesman, Wolgel, Malamy,
> Flynn & Weinberg, P.C.
> Attorneys for the U.S. Small Business
> Administration as Receiver for Coqui Capital
> Partners, L.P.
> 11 Hanover Square, 4th Floor
> New York, New York 10005
> Tele: 212-495-0100

# EXHIBIT A

Coqui Capital Management, LLC
Isaac Kier
Jeffrey Davidson
Jeffrey Koffman
Allison Koffman
Martin Bandier
Louis Buck
Chazen Capital Partners
Lawrence Coben
Arthur Davidson
Donna Davidson
Rick Davidson
Michael Delikat
S. Mark Erenstein
Roger Gladstone
Gabriel Golan
Richard Goldberg
Lynda Goldschein
Michael Hard
Irm Associates
Ellen Sue Kier
Efraim Kier
Sara Kier
Ralph Kier
David Koffman
Burton Koffman
Ruthanne Koffman
Ron Kramer
Michael Kubin
David Layton
LK2ST. Limited
Albert Lyons
Marlin Equities, LLC
Sylvia Maslow
Eric Osserman
Plafsky Family Trust
Frederick Poses
Schuyler Associates, LP
Albert Schwartz

Joel Siegel
Baron Silverstein
Neil Silverstein
Sunbelt Beverage Company, LLC
Tech Aerofoam, Inc.
The Stella and Albert Schwartz 1994 Grandchildren's Trust
Kenneth Tuchman
Vestal Venture Capital
Jeffrey Wilkes
Kevin Wolf