**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION AS RECEIVER FOR COQUI CAPITAL PARTNERS, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>COQUI CAPITAL MANAGEMENT, LLC, et al.,<br><br>Defendants. | Civil Action No.: 08-CV-0978 (LTS)<br><br>Related Case No.: 06-1564<br><br>**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT AND COMPEL ARBITRATION** |

PLEASE TAKE NOTICE, that upon the annexed Declaration of Donald S. Zakarin, Esq., dated March 31, 2008, and the exhibits annexed thereto, together with the accompanying Memorandum of Law, the undersigned will move this Court before the Honorable Laura T. Swain, located at 500 Pearl Street, Courtroom 17C, New York, New York 10007, on a date and time to be directed by the Court, for an Order (i) pursuant to Federal Arbitration Act, 9 U.S.C. § 3, dismissing the Amended Complaint in its entirety, or in the alternative, staying the above-captioned action pending arbitration; and (ii) pursuant to Federal Arbitration Act, 9 U.S.C. § 4, compelling plaintiff United States Small Business Administration, as Receiver for Coqui Capital Partners, L.P., to submit to arbitration in New York under the laws of the American Arbitration Association, together with such other and further relief as the Court deems just and proper.

Dated: New York, New York
          March 31, 2008

                              PRYOR CASHMAN LLP

                              By:   /s/ Donald S. Zakarin
                                  Donald S. Zakarin
                                  dzakarin@pryorcashman.com
                                  Nia J.C. Castelly
                                  ncastelly@pryorcashman.com

                                                            410 Park Avenue
                                                            New York, New York 10022
                                                            (212) 421-4100
                                                            *Attorneys for Defendants*

To:    United States Small Business Administration
        as Receiver for Coqui Capital Partners, L.P**.**

        Arlene M. Embrey, Esq.
        Office of General Counsel
        409 Third Street, S.W., 7th Fl.
        Washington, DC 20416

        U.S. Department of Justice
        William B. Young, Esq.
        United States Attorney's Office
        271 Cadman Plaza East, 7th Floor
        Brooklyn, New York 11201

        Gottesman, Wolgel, Malamy, Flynn & Weinberg, P.C.
        Steven Weinberg, Esq.
        11 Hanover Square, 4th Floor
        New York, NY 10005

        *Counsel for U.S. Small Business Administration,*
        *Receiver for Coqui Capital Partners, L.P.*

# EXHIBIT A

| | |
|---|---|
| Coqui Capital Management, LLC | Joel Siegel |
| Isaac Kier | Baron Silverstein |
| Jeffrey Davidson | Neil Silverstein |
| Jeffrey Koffman | Sunbelt Beverage Company, LLC |
| Allison Koffman | Tech Aerofoam, Inc. |
| Martin Bandier | The Stella and Albert Schwartz 1994 |
| Louis Buck |    Grandchildren's Trust |
| Chazen Capital Partners | Kenneth Tuchman |
| Lawrence Coben | Vestal Venture Capital |
| Arthur Davidson | Jeffrey Wilkes |
| Donna Davidson | Kevin Wolf |
| Rick Davidson | |
| Michael Delikat | |
| S. Mark Erenstein | |
| Roger Gladstone | |
| Gabriel Golan | |
| Richard Goldberg | |
| Lynda Goldschein | |
| Michael Hard | |
| IRM Associates | |
| Ellen Sue Kier | |
| Efraim Kier | |
| Sara Kier | |
| Ralph Kier | |
| David Koffman | |
| Burton Koffman | |
| Ruthanne Koffman | |
| Ron Kramer | |
| Michael Kubin | |
| David Layton | |
| LK2ST Limited | |
| Albert Lyons | |
| Marlin Equities, LLC | |
| Sylvia Maslow | |
| Eric Osserman | |
| Plafsky Family Trust | |
| Frederick Poses | |
| Schuyler Associates, LP | |
| Albert Schwartz | |