**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION AS RECEIVER FOR COQUI CAPITAL PARTNERS, L.P., <br><br> Plaintiff, <br><br> v. <br><br> COQUI CAPITAL MANAGEMENT, LLC, et al., <br><br> Defendants. | Civil Action No.: 08-CV-0978 (LTS) <br><br> Related Case No.: 06-1564 <br><br> **COMBINED RULE 7.1 STATEMENT** |

Defendants[1], as and for their Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, state that:

1. Defendant Coqui Capital Management, LLC is a privately held limited liability company, which has no publicly held parent company, subsidiaries or affiliates.

2. Chazen Capital Partners, LLC is a privately held limited liability company, which has no publicly held parent company, subsidiaries or affiliates.

3. IRM Associates, LLC is a privately held limited liability company, which has no publicly held parent company, subsidiaries or affiliates.

4. LK2ST. Limited is a privately held limited liability company, which has no publicly held parent company, subsidiaries or affiliates.

5. Marlin Equities, LLC is a privately held limited liability company, which has no publicly held parent company, subsidiaries or affiliates.

6. Schuyler Associates, LP is a privately held limited partnership, which has no publicly held parent company, subsidiaries or affiliates.

---

[1] The term "Defendants" is defined in the accompanying memorandum of law in support of Defendants' Motion to Dismiss the Amended Complaint and Compel Arbitration.

7.  Sunbelt Beverage Company, LLC is a privately held limited liability company, which has no publicly held parent company, subsidiaries or affiliates.

8.  Tech Aerofoam, Inc. is a privately held corporation, which has no publicly held parent company, subsidiaries or affiliates.

9.  Vestal Venture Capital, LLC is a privately held limited liability company, which has no publicly held parent company, subsidiaries or affiliates.

Dated: New York, New York
       March 31, 2008

                              PRYOR CASHMAN LLP

                              By:   /s/ Donald S. Zakarin
                                  Donald S. Zakarin
                                  dzakarin@pryorcashman.com
                                  Nia J.C. Castelly
                                  ncastelly@pryorcashman.com

                            410 Park Avenue
                            New York, New York 10022
                            (212) 421-4100

                            *Attorneys for Defendants*