IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
APR 1 6 2008

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION AS RECEIVER FOR COQUI CAPITAL PARTNERS, L.P., <br><br> Plaintiff, <br><br> v. <br><br> COQUI CAPITAL MANAGEMENT, LLC, a New York limited liability company; et al., <br><br> Defendants. | Civil Action No. 08-cv-0978 <br><br> Related Case No. 06-1564 <br><br> Judge Laura T. Swain <br><br> ECF Case |

**STIPULATION EXTENDING TIME TO RESPOND
TO AND REPLY FOR THE MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for the parties hereto, as follows:

1. The parties agree that plaintiff has up to and including May 6, 2008 to move or otherwise respond to defendants' Motion to Dismiss and Defendants shall have up to and including May 23, 2008 to serve any reply.

2. A facsimile signature on this Stipulation shall be deemed to be the original.

By: _____
Steven Weinberg
Gottesman, Wolgel, Malamy
Flynn & Weinberg, P.C.
Attorneys for the U.S. Small Business
Administration as Receiver for Coqui
Capital Partners, L.P.
11 Hanover Square
New York, NY 10005
(212) 495-0100

PRYOR CASHMAN LLP

By: _____
Donald S. Zakarin
Robert W. Ray
Nia J.C. Castelly
Counsel for Defendants[1]
410 Park Avenue
New York, NY 10022
(212) 421-4100

---

[1] Defendants represented by counsel are set forth in Exhibit A attached hereto and to the Motion to Dismiss and Compel Arbitration

U.S. Department of Justice

By: _____*[signature]*_____
William B. Young
United States Attorney's Office
271 Cadman Plaza East, 7th Floor
Brooklyn, NY 11201

Counsel for U.S. Small Business
Administration, Receiver for Coqui Capital
Partners, L.P.


SO ORDERED:

_____*[signature]*_____  4/16/08
THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT COURT JUDGE

## EXHIBIT A

- Coqui Capital Management, LLC
- Isaac Kier
- Jeffrey Davidson
- Jeffrey Koffman
- Allison Koffman
- Martin Bandier
- Louis Buck
- Chazen Capital Partners
- Lawrence Coben
- Arthur Davidson
- Donna Davidson
- Rick Davidson
- Michael Delikat
- S. Mark Erenstein
- Roger Gladstone
- Gabriel Golan
- Richard Goldberg
- Lynda Goldschein
- Michael Hard
- Irm Associates
- Ellen Sue Kier
- Efraim Kier
- Sara Kier
- Ralph Kier
- David Koffman
- Burton Koffman
- Ruthanne Koffman
- Ron Kramer
- Michael Kubin
- David Layton
- LK2ST. Limited
- Albert Lyons
- Marlin Equities, LLC
- Sylvia Maslow
- Eric Osserman
- Plafsky Family Trust
- Frederick Poses
- Schuyler Associates, LP
- Albert Schwartz
- Joel Siegel
- Baron Silverstein
- Neil Silverstein
- Sunbelt Beverage Company, LLC
- Tech Aerofoam, Inc.
- The Stella and Albert Schwartz 1994 Grandchildren's Trust
- Kenneth Tuchman
- Vestal Venture Capital
- Jeffrey Wilkes
- Kevin Wolf