AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

UNITED STATES SMALL BUSINESS ADMINISTRATION,

    Plaintiff

-against-

COQUI CAPITAL MANAGEMENT, LLC, et al;

    Defendants

**APPEARANCE**

Case Number: 08-CV-0978

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendant Michael Grisanti

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/23/2008 | *[signature]* |
| Date | Signature |

| | |
|---|---|
| Gary Hoppe | GH9575 |
| Print Name | Bar Number |

Twomey, Hoppe & Gallanty LLP
757 Third Avenue, 7th Floor
Address

| | | |
|---|---|---|
| New York | NY | 10017 |
| City | State | Zip Code |

| | |
|---|---|
| (212) 688-0400 | (212) 688-1929 |
| Phone Number | Fax Number |