Gary Hoppe
TWOMEY, HOPPE & GALLANTY LLP
757 Third Avenue, 7th Floor
New York, New York 10017
(212) 688-0400
*Attorneys for Defendant Michael Grisanti*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES SMALL BUSINESS
ADMINISTRATION, as receiver for
COQUI CAPITAL PARTNERS, L.P.,

        Plaintiff,

- against -

COQUI CAPITAL MANAGEMENT, LLC,

        Defendants.
------------------------------------------------------x

Civil Action No. 08-CV-0978 (LTS)
ECF Case
Related Case: No. 06-1564

**NOTICE OF JOINDER OF DEFENDANT MICHAEL GRISANTI IN DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT AND COMPEL ARBITRATION**

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Gary Hoppe dated April 25, 2008, the prior papers filed in support of the other appearing defendants Motion To Dismiss The Amended Complaint And Compel Arbitration dated March 31, 2008, and the prior pleadings and proceedings in this action, the undersigned counsel for defendant Michael Grisanti will join in moving this Court, before the Honorable Laura T. Swain, United States District Judge, at the United States Courthouse, 500 Pearl Street, Courtroom 17C, New York, New York 10007, on a date and time to be directed by the Court, for an order: (1) pursuant to Federal Arbitration Act, 9 U.S.C. Sec. 3, dismissing the Amended Complaint in its entirety, or, in the alternative, staying the above-captioned action pending arbitration; and (2) pursuant to Federal Arbitration Act, 9 U.S.C. Sec.4,

compelling plaintiff United States Small Business Administration, as Receiver for Coqui Capital Partners, L.P., to submit to arbitration in New York under the rules of the American Arbitration Association, together with such other and further relief as this Court deems just and proper.

Pursuant to Paragraph 2(B) of this Court's Individual Practices, the undersigned contacted counsel for plaintiff in a good faith effort to resolve informally the matters presented by the motion to dismiss the Amended Complaint and to compel arbitration, but were unable to so resolve those matters. Counsel for plaintiff has consented to defendant Michael Grisanti joining in the motion, as has counsel for the moving defendants.

Dated: New York, New York
April 25, 2008

TWOMEY, HOPPE & GALLANTY LLP

By: _____
Gary Hoppe (GH9575)

757 Third Avenue, 7th Floor
New York, New York 10017
(212) 688-0400
*Attorneys For Defendant Michael Grisanti*

To:   Arlene Marie Embrey
      Trial Attorney
      United States Small Business Administration
      Office of the General Counsel
      409 Third Street, S.W., 7th Floor
      Washington, D.C. 20416
      (202) 205-6976
      *Attorney for Plaintiff*

2

William B. Young
Assistant United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
(718) 254-6057
*Attorney for Plaintiff*

Steven Weinberg
Gottesman, Wogel, Secunda, Malamy & Flynn, P.C.
11 Hanover Square
New York, New York 10005
(212) 495-0100
*Attorney for Plaintiff*

Donald S. Zakarin
Pryor Cashman LLP
410 Park Avenue
New York, New York 10022
(212) 421-4100
*Attorney for Moving Defendants*