



United States Small Business Administration as
Receiver for Coqui Capital Partners, LP
409 3rd Street, SW
Washington, DC 20416

April 29, 2008

**VIA FACSIMILE**

The Honorable Laura Taylor Swain
U.S. District Court Judge
United States District Court
for the Southern District of New York
500 Pearl Street, Room 755
New York, New York 10007



**MEMO ENDORSED**

Re: Request for Adjournment of Pre-Trial Conference Date and Preliminary
Pre-Trial Statement Pending a Decision on Defendant's Motion to
Dismiss and Compel Arbitration

Civil Case No. 08 Civ 978 (LTS)
U.S. Small Business Administration as Receiver for Coqui
Capital Partners, LP v. Coqui Capital Management, LLC et. al

Dear Judge Swain:

The undersigned are the attorneys representing the Plaintiff, defendant Michael Grisanti and the Defendants, as listed in the attached Exhibit A, in the above-referenced matter. By Order dated February 6, 2008 (Docket No. 2), this Court ordered, among other things, that the parties attend a pre-trial conference on Friday, May 9, 2008 at 2:15pm, which conference was, upon Plaintiff's request, re-scheduled by this Court for May 23, 2008 at 10:00am. (Docket No. 6).

Through this letter, the parties are jointly requesting that this Court adjourn the date of the pre-trial conference and the preliminary pre-trial statement in light of the pending Motion to Dismiss and Compel Arbitration filed by the Defendants. Plaintiff's Opposition to the Motion is due May 6, 2008 and the Defendant's Reply is due May 23, 2008, the same day as the pre-trial conference. In light of the pending motion, the parties believe that it is in the best interest of the parties, as well as that of the Court, to adjourn

the pre-trial conference and submission of the preliminary pre-trial statement until Defendants' motion has been decided. Thank you for your consideration of this request.

Respectfully yours,

Arlene M. Embrey (AE9718)
Counsel for Plaintiff,
U.S. Small Business Administration, as
Receiver for Coqui Capital Partners, LP

Nia J.C. Castelly
Pryor Cashman LLP
Counsel for Defendants (as listed in Exhibit A)

Gary Hoppe (GH9575)
Twomey, Hoppe & Gallanty LLP
Counsel for defendant Michael Grisanti

The conference is adjourned to September 19, 2008, at 10:30 AM.

SO ORDERED.

4/30/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

Coqui Capital Management, LLC
Isaac Kier
Jeffrey Davidson
Jeffrey Koffman
Allison Koffman
Martin Bandier
Louis Buck
Chazen Capital Partners
Lawrence Coben
Arthur Davidson
Donna Davidson
Rick Davidson
Michael Delikat
S. Mark Erenstein
Roger Gladstone
Gabriel Golan
Richard Goldberg
Lynda Goldschein
Michael Hard
IRM Associates
Ellen Sue Kier
Efraim Kier
Sara Kier
Ralph Kier
David Koffman
Burton Koffman
Ruthanne Koffman
Ron Kramer
Michael Kubin
David Layton
LK2ST Limited
Albert Lyons
Marlin Equities, LLC
Sylvia Maslow
Eric Osserman
Plafsky Family Trust
Frederick Poses
Schuyler Associates, LP
Albert Schwartz

Joel Siegel
Baron Silverstein
Neil Silverstein
Sunbelt Beverage Company, LLC
Tech Aerofoam, Inc.
The Stella and Albert Schwartz 1994 Grandchildren's Trust
Kenneth Tuchman
Vestal Venture Capital
Jeffrey Wilkes
Kevin Wolf