IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

US SBA as RECEIVER FOR
COQUI CAPITAL PARTNERS, LP

                                                           **Plaintiff**

v.

COQUI CAPITAL MANAGEMENT, LLC.,
CLUB SIDE HOLDINGS ET. AL.

                                                           **Defendants**

**AFFIDAVIT OF SERVICE**

      **I, JAMES COOPER,** Police Reserve Constable Number 815 of the Royal Bahamas Police Force and resident of Elizabeth Estates, in the Eastern District of the Island of New Providence one of the Islands of the Commonwealth of The Bahamas make Oath and say as follows:

1.     That acting on instructions of Counsel in the Office of the Attorney General having carriage of this matter, I did on the 10th day of April A.D., 2008 serve on **CLUB SIDE HOLDINGS,** one of the Defendants in this action with true copies of the Summons and Amended Complaint, Individual Rules of Judge Laura T. Swain, 3rd Amended Instructions for Electronic Filing, Procedures for Electronic Filing and the Guidelines for Electronic Filing by personally serving its Registered Agent, Jerome Pyfrom & Co., situated at Charlotte House, Shirley Street, in the city of Nassau, The Bahamas.

2.     That the said copies of the Summons and Amended Complaint, Individual Rules of Judge Laura T. Swain, 3rd Amended Instructions for

Electronic Filing, Procedures for Electronic Filing and the Guidelines for Electronic Filing were duly sealed with the Seal of the United States District Court, Southern District of New York, U. S. A. out of which they were issued.

3. That at the time of the delivery, Mr. Peter Fletcher, Partner, accepted but did not sign in my presence the Certificate attached to the Request for Service of Judicial or Extrajudicial Documents.

4. That the signed and dated Certificate certifying service of the foreign process is now produced and shown to me and marked as Exhibit "JC-1" a copy of the same is attached hereto.

5. That the facts herein deposed to are true and correct to the best of my information and belief.

SWORN TO at Nassau, The Bahamas )
this 22nd day of April )
A.D., 2008 )                     _____
                                         JAMES COOPER

BEFORE ME,

_____
ACTING REGISTRAR OF THE SUPREME COURT

# CERTIFICATE
*ATTESTATION*

"JC-1"

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served * *Club Side Holdings*
1) *que la demande a été exécutée*
   -- the (date) -- *le (date)* 10/4/08
   -- at (place, street, number) - *à (localité, rue, numéro)*
   Jerome Pyfrom & Co. Charlotte House Shirley St.

   -- in one of the following methods authorized by article 5:
   -- *dans une des formes suivantes prévues à l'article 5:*

   ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   a) *selon les formes légales (article 5. alinéa premier, lettre a)*

   ☐ (b) in accordance with the following particular method:
   b) *selon la forme particulière suivante:*

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
   c) *par remise simple.*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*

   - *(identity and description of person)*
   - *(Identité et qualité de la personne)*
     ✗

   - relationship to the addressee family, business or other
   - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
     ✗

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at ✗ _____, the _____
*Fait à* ✗                     *, le*

Signature and/or stamp ✓
*Signature et/ou cachet*

This is to that I have Served the document on Jerome Pyfrom & Co. at 3pm 10/4/08 at Charlotte House Shirley St. Nassau Bahamas. MR PETER G. FLETCHER was A PARTNER. Did not Sign for the document Said that I can leave the Same.

James Cooper
#815
10/4/08 - 3pm

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

US SBA as RECEIVER FOR
COQUI CAPITAL PARTNERS, LP

Plaintiff

v.

COQUI CAPITAL MANAGEMENT, LLC.,
CLUB SIDE HOLDINGS ET. AL.

Defendants

## CERTIFICATE

This is the Exhibit marked "JC-1" referred to in the Affidavit of **James Cooper,** Police Reserve Constable Number 815 of The Royal Bahamas Police Force sworn before me this 22nd day of April A.D., 2008.

_____
ACTING REGISTRAR OF THE SUPREME COURT

IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

US SBA as RECEIVER FOR
COQUI CAPITAL PARTNERS, LP

                                Plaintiff

v.

COQUI CAPITAL MANAGEMENT, LLC.,
CLUB SIDE HOLDINGS ET. AL.

                                Defendants

---

**AFFIDAVIT OF SERVICE**

---

*Office of the Attorney General* (handwritten)

Office of the Attorney General
3rd, 4th, 5th, 6th and 7th Floors
Post Office Building
East Hill Street
Nassau, The Bahamas