IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SMALL BUSINESS
ADMINISTRATION AS RECEIVER FOR
COQUI CAPITAL PARTNERS, L. P.

                                                  **Plaintiff**

v.

COQUI CAPITAL MANAGEMENT, LLC,
A New York Limited Liability Company;
ISAAC KIER, an Individual;
SILVER LINING CORP., a Bahamian Corporation; ET. AL.
                                                  **Defendants**

## AFFIDAVIT OF SERVICE

**I, JAMES COOPER,** Police Reserve Constable Number 815 of the Royal Bahamas Police Force and resident of Elizabeth Estates, in the Eastern District of the Island of New Providence one of the Islands of the Commonwealth of The Bahamas make Oath and say as follows:

1. That acting on instructions of Counsel in the Office of the Attorney General having carriage of this matter, I did on the 10th day of April A.D., 2008 serve on **SILVER LINING CORP.**, one of the Defendants in this action with true copies of the Summons and Amended Complaint, Individual Rules of Judge Laura T. Swain, 3rd Amended Instructions for Electronic Filing, Procedures for Electronic Filing and the Guidelines for Electronic Filing, by personally serving its Registered Agent, Jerome Pyfrom & Co., situated at Charlotte House, Charlotte Street, in the city of Nassau, The Bahamas.

2. That the said copies of the Summons and Amended Complaint, Individual Rules of Judge Laura T. Swain, 3rd Amended Instructions for Electronic Filing, Procedures for Electronic Filing and the Guidelines for Electronic Filing were duly sealed with the Seal of the United States District Court for the Southern District of New York, U. S. A., out of which they were issued.

3. That at the time of the delivery, Mr. Peter Fletcher, Partner, accepted but did not sign in my presence the Certificate attached to the Request for Service of Judicial or Extrajudicial Documents.

4. That the unsigned and dated Certificate certifying service of the foreign process is now produced and shown to me and marked as Exhibit "JC-1" a copy of the same is attached hereto.

5. That the facts herein deposed to are true and correct to the best of my information and belief.

**SWORN TO** at Nassau, The Bahamas    )
this 22nd day of April    )
A.D., 2008    )    _James Cooper #815_
                          JAMES COOPER

BEFORE ME,

_____
ACTING REGISTRAR OF THE SUPREME COURT

# CERTIFICATE
## ATTESTATION

"JC-1"

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1) that the document has been served *   _Silver Lining Corp._
1) que la demande a été exécutée
 — the (date) -- le (date)   _10/4/08_
 -- at (place, street, number) - à (localité, rue, numéro)

_Jerome.E.Pyfrom & Co Charlotte House. Shirley St._

-- in one of the following methods authorized by article 5:
-- dans une des formes suivantes prévues à l'article 5:

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
 a) selon les formes légales (article 5. alinéa premier, lettre a)

☐ (b) in accordance with the following particular method:
 b) selon la forme particulière suivante: _____

☐ (c) by delivery to the addressee, who accepted it voluntarily.*
 c) par remise simple.

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à:

- (identity and description of person)
- (Identité et qualité de la personne)
 _X_

- relationship to the addressee family, business or other
- liens de parenté de subordination ou autres avec le destinataire de l'acte:
 _X_

2) that the document has not been served, by reason of the following facts*:
2) que la demande n'a pas été exécutée, en raison des faits suivants:

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.

ANNEXES
Annexes

Documents returned:
Pieces renvoyées

In appropriate cases, documents establishing the service:
Le cas échéant, les documents justificatifs de l'exécution:

Done at _X_ , the
Fait à       , le

Signature and/or stamp   _X_
Signature et/ou cachet

This is to Certify that I have Serve the documents at Jerome Pyfrom & Co. at 3 PM 10/4/08 Charlotte House Shirley St. Nassau Bahamas. MR. PETER G FLETCHER. LL.B. PARTNER Did Not sign for the document. Said that I could leave them.

James Cooper #815
10/4/08  3PM

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SMALL BUSINESS
ADMINISTRATION AS RECEIVER FOR
COQUI CAPITAL PARTNERS, L. P.

Plaintiff

v.

COQUI CAPITAL MANAGEMENT, LLC,
A New York Limited Liability Company;
ISAAC KIER, an Individual;
SILVER LINING CORP., a Bahamian Corporation; ET. AL.

Defendants

## CERTIFICATE

This is the Exhibit marked "JC-1" referred to in the Affidavit of **James Cooper**, Police Reserve Constable Number 815 of The Royal Bahamas Police Force sworn before me this 22nd day of April A.D., 2008.

_____
ACTING REGISTRAR OF THE SUPREME COURT

IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF NEW YORK


UNITED STATES SMALL BUSINESS
ADMINISTRATION AS RECEIVER FOR
COQUI CAPITAL PARTNERS, L. P.

                                                                Plaintiff
v.


COQUI CAPITAL MANAGEMENT, LLC,
A New York Limited Liability Company;
ISAAC KIER, an Individual;
SILVER LINING CORP., a Bahamian
Corporation; ET. AL.

                                                                Defendants

---

AFFIDAVIT OF SERVICE

---

*Office of the Attorney General*
Office of the Attorney General
3rd, 4th, 5th, 6th and 7th Floors
Post Office Building
East Hill Street
Nassau, The Bahamas