## GOTTESMAN, WOLGEL, MALAMY, FLYNN & WEINBERG, P.C.

A Professional Corporation Incorporated in the State of New York

SAMUEL GOTTESMAN (1905-1974)
HAROLD H. WOLGEL
KENNETH W. MALAMY
LAWRENCE E. FLYNN
STEVEN WEINBERG
ROBERT A. DASHOW ◊

STEWART W. LEE ◊
RICHARD B. DEMAS
RACHAEL FORTE
EILEEN M. DALY ◊

◊ Also Admitted in New Jersey

ATTORNEYS AT LAW
11 HANOVER SQUARE
NEW YORK, N.Y. 10005-2870

TELEPHONE (212) 495-0100
FACSIMILE (212) 480-9797



ARNOLD A. SECUNDA (EMERITUS)
GERALD M. SMITH (EMERITUS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 0 2 2008

14404

August 25, 2008

VIA FACSIMILE (212-805-0426)
Hon. Laura T. Swain
United States District Court
- Southern District of New York
500 Pearl Street
New York, NY 10007-1312

# MEMO ENDORSED

Re:  United States Small Business Administration as Receiver for Coqui
 Capital Partners, L.P. v. Coqui Management, LLC, et al.
 Case No.: 08-0978 (LTS) (THK)
 United States District Court for the Southern District of New York

Dear Hon. Swain:

This office is local counsel for the United States Small Business Administration as Receiver for Coqui Capital Partners, L.P. (the "Receiver") in the above referenced case. We write to request an adjournment of the case management court conference scheduled for September 19, 2008 at 9:30 a.m..

Prior to making this request, I have spoken to Gary Hoppe, Esq., counsel for defendant Michael Grisanti and Nia Castelly, Esq. counsel for all but four of defendants (those four defendants being Michael Grisanti, Silver Lining Corp., Club Side Holdings, Inc. and Howard Pearl). Both counsel responded and stated they had no objection to my application for an adjournment of the case management conference scheduled for September 19, 2008.

As of the date of this letter, the Defendants' motion for dismissal and/or to compel arbitration is still *sub judice*. No discovery has been exchanged pending the determination of the Defendants' motion. Based on the foregoing, we request an adjournment of the case management conference scheduled for September 19, 2008 for at least 30 days or to a future date that the Court deems appropriate.

The conference is adjourned to October 31, 2008 at 11:00AM.

SO ORDERED.

NEW YORK, NY
Sept 2, 2008  LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Richard B. Demas